**Pearl Wilson Pleasant, Appellant, v. Otha Pleasant, Appellee.**

**Gen. No. 46,576.** ▮

First District, First Division.

April 18, 1955.

Released for publication May 23, 1955.

Antonio M. Gassaway, for appellant; Calvin C. Campbell, of counsel; Wm. K. Hooks, for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**